

MWC:USAO#



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JUL -8 A 11: 49

CLERK'S OFFICE
AT BALTIMORE

BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO.  14-0332 |
| | * | |
| ROGER BUCKLEY, | * | (Conspiracy to Commit Wire Fraud, |
| | * | 18 U.S.C. § 1349) |
| Defendant. | * | |
| | * | |

********

## INFORMATION

### COUNT ONE
(Conspiracy to Commit Wire Fraud)

The United States Attorney for the District of Maryland charges that:

At all times material to this Information:

1. John Tadros ("Tadros") was the owner of Busy Bees Convenience Mart ("Busy Bees") at 335 South Monroe Street and J & J's Bar and Liquor ("J & J's") at 1801 Ramsay Street in Baltimore, Maryland.

2. Mohamed Al-Omeri ("Al-Omeri") was a storefront manager for Tadros at Busy Bees until in or around 2010, at which point Al-Omeri left Tadros's employ to become the manager of Starlight Liquors ("Starlight") at 2201 Wilkens Avenue in Baltimore, Maryland.

3. Charles Horn ("Horn") owned and operated a renovation business in Baltimore, Maryland, known as Horn Enterprise, LLC.

4. Roger Buckley ("**BUCKLEY**") is a life-long resident of Baltimore City.

## THE CHARGE

5.     From in and around January 2009 through in and around February 2013, in the State and District of Maryland, the Defendant,

## ROGER BUCKLEY,

did unlawfully, knowingly and willfully conspire and agree with Tadros, Al-Omeri, Horn and with others known and unknown to the United States Attorney for the District of Maryland, to commit offenses against the United States, that is: to devise a scheme and artifice to defraud retail stores and to obtain money and property of retail stores through materially false and fraudulent statements and representations, to be executed through the use of interstate wire transfers, in violation of 18 U.S.C. § 1343.

### Purpose of the Conspiracy and Scheme to Defraud

6.     The primary purpose of the conspiracy and scheme to defraud was to obtain money and store credits through the theft and fraudulent return of merchandise at more than fifty retail stores throughout Maryland, Virginia, Pennsylvania, and Delaware. These retail store victims include the Home Depot, Lowe's Home Improvement, Sears, Kohl's, Dick's Sporting Goods, Lord and Taylor, Wal-Mart, Boscovs, Macy's, Bass Pro Shops, Advanced Auto Parts, PetSmart, TJ Maxx, Marshalls and J.C. Penney (hereinafter, collectively referred to as "retail stores").

### Manner and Means of the Conspiracy and the Scheme and Artifice to Defraud

It was part of the conspiracy and the scheme and artifice to defraud that:

6.     **BUCKLEY**, and others, stole merchandise by, among other methods, concealing items in pockets and purses or by concealing small items within larger merchandise. **BUCKLEY**, and others, in turn, returned to the same store or visited another location of the

2

same retail chain and returned the stolen items in exchange for store credit, which was extended by the stores on gift cards bearing the logo of the issuing retail store.

7. The non-receipt returns caused notification of the transaction to be transmitted from the retail store in Maryland, Virginia, Pennsylvania or Delaware to the corporate headquarters of the retail stores outside of these four states.

8. **BUCKLEY**, and others, presented modified Maryland driver's licenses to avoid reporting their own driver's license number to the corporate headquarters.

9. **BUKLEY** and Riley, and other persons, provided Brunelle with the store value gift cards after they made fraudulent returns. Brunelle then either paid them a percentage of the value of the cards or provided them with heroin as payment. Brunelle, in turn, approached John Tadros at Busy Bees, Mohamed Al-Omeri at Starlight Liquors, and Charles Horn to sell the fraudulently-obtained gift cards for 50% of the value contained on the cards themselves.

10. Each non-receipt return and attempted return to the Home Depot caused a transmission from the retail store in Maryland to the Home Depot's host servers located in Austin, Texas and Atlanta, Georgia. A transmission was then sent to a third party, known as "the Retail Equation," based in Irvine, California, where the license number was checked against a database for authorization. An electronic transmission was then sent from California to the Home Depot's host servers in Texas and Georgia before being transmitted back to the local retail store in Maryland.

11. Tadros, Al-Omeri, Brunelle, Riley, **BUCKLEY** and others, collectively caused more than 50 retail stores in Maryland to lose over $400,000. **RILEY**'s actions are directly traceable to a loss to retailers in Maryland of $167,749.67.

## Overt Acts in Furtherance of the Conspiracy

In furtherance of the conspiracy and scheme to defraud and to effect its objects, **BUCKLEY** committed the following overt acts, among others, in the District of Maryland and elsewhere:

12. On April 27, 2012 at approximately 8:59 PM, **BUCKLEY** returned multiple stolen items totaling $207.62 to the Home Depot store in Frederick, Maryland without any receipts and using his Maryland driver's license.

13. Throughout the month of March and April 2012, **BUCKLEY** made returns on 13 different days, totaling over $1,500 and $1,020, respectively, to a number of different Home Depot stores located in multiple counties in Maryland.

18 U.S.C. § 1343

_Rod J. Rosenstein by MWC_
Rod J. Rosenstein
United States Attorney, District of Maryland

Date: 7·7·14